

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2023
APRIL 29, 2025 SESSION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:25-cr-00083
    18 U.S.C. § 1546(a)

MAXIMINO MONTALVO SALAS

## I N D I C T M E N T

The Grand Jury Charges:

On or about March 28, 2025, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant MAXIMINO MONTALVO SALAS did knowingly possess an immigrant visa, permit, border crossing card, alien registration receipt card, and other document prescribed by statute or regulation for entry into and as evidence of authorized stay and employment in the United States, that is, a counterfeited Immigration Form I-551 (also known as a "Permanent Resident Card" or "Green Card") bearing the name of defendant MAXIMINO MONTALVO SALAS, knowing it to be forged, counterfeited, altered, and falsely made.

In violation of Title 18, United States Code, Section 1546(a).

LISA G. JOHNSTON
Acting United States Attorney

By: _____
JONATHAN T. STORAGE
Assistant United States Attorney